Rafael AREVALO–OROZCO, a.k.a.
Rafael Arevalo Orosco,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 06–70913.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 23, 2010.*

Filed Aug. 31, 2010.

Xavier Rosas, The Root Law Group, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Stephen J. Flynn, Senior Litigation Counsel, Melissa Neiman–Kelting, Esquire, Oil, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Rafael Arevalo–Orozco, a native a citizen of Mexico, petitions for review of the

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, and review de novo questions of law and constitutional claims. *Cano–Merida v. INS,* 311 F.3d 960, 964 (9th Cir.2002). We deny the petition for review.

The BIA did not abuse its discretion in denying Arevalo–Orozco's motion to reconsider because the motion failed to specify an error in the BIA's underlying order. *See* 8 C.F.R. § 1003.2(b)(1). Contrary to his contention, Arevalo–Orozco is ineligible for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), because his ground of removability lacks a statutory counterpart in a ground of inadmissibility. *See* 8 C.F.R. § 1212.3(f)(5); *Abebe v. Mukasey,* 554 F.3d 1203, 1207 & 1208 n. 7 (9th Cir.2009) (en banc). Arevalo–Orozco's remaining legal and constitutional challenges to the BIA's determination that he is ineligible for section 212(c) relief are unavailing. *See Abebe,* 554 F.3d at 1207 & 1208 n. 7.

**PETITION FOR REVIEW DENIED.**